# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TREY ALLEN BOUDREAUX

NO. 2024 KW 1178

**JANUARY 29, 2025**

---

In Re:     Trey Allen Boudreaux, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 584840.

---

**BEFORE:    WOLFE, MILLER, GREENE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a concise statement of the grounds on which the jurisdiction of the court is invoked, a concise statement of the case, a copy of the judgment, order or ruling complained of, a copy of the judge's reasons for judgment, if any, and a copy of pertinent court minutes. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date and the application shall be filed on or before March 28, 2025. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

EW
SMM
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT